**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RYAN CASTANEIRA, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. §§ 1983, 1985(3) |
| | : | |
| v. | : | |
| | : | |
| SAM OWENS, in his official | : | CIVIL ACTION NO. |
| capacity as Attorney General, et al., | : | 1:11-CV-2428-TWT-JFK |
| Defendants. | : | |

## MAGISTRATE JUDGE'S SUPPLEMENT TO FINAL REPORT AND RECOMMENDATION

The matter is before the Court on Plaintiff's renewed motion for a protective order, (Doc. No. 24), entered on the same day that the undersigned issued a Final Report and Recommendation that recommended dismissing this action and denying as moot Plaintiff's emergency motion for a protective order, (Doc. No. 25).

**IT IS RECOMMENDED** that Plaintiff's renewed motion for a protective order, (Doc. No. 24), be **DENIED** as moot.

**IT IS SO RECOMMENDED** this 5th day of June, 2012.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE