IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RYAN CASTANEIRA,

   Plaintiff,

    v.

SAM OLENS
in his official capacity as Attorney
General, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2428-TWT

ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 25 & 27] recommending dismissing the Plaintiff's Complaint. The Complaint fails to allege a conspiracy actionable under 42 U. S. C. § 1985. The Plaintiff's claims against the Defendants concerning the conditions of his bond and incarceration are barred by official and qualified immunity. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 23 day of July, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge